■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY FOSTER, Appellant. [18 NYS3d 542]—Judgment, Supreme Court, Bronx County (Edward M. Davidowitz, J., at plea; Barbara F. Newman, J., at sentence), rendered August 15, 2015, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree (Penal Law § 220.39 [1]), and sentencing him to an aggregate term of two years of imprisonment with two years of post-release supervision, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Sweeny, J.P., Acosta, Richter and Manzanet-Daniels, JJ.